**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>v.<br>EMERALD RUTH WILSON-BEY,<br>　　　　　　Defendant. | Case No.: 2:21-cr-00306-GMN-NJK<br>**Order Setting Hearing**<br>(Docket No. 31) |

Pending before the Court is Defendant's motion to dismiss counsel and request for the Court to appoint new counsel. Docket No. 31.

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for March 23, 2022, at 10:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that all counsel must be present in the courtroom.

IT IS FURTHER ORDERED that, no later than March 18, 2022, counsel shall file notice on the record as to whether Defendant waives her right to personal appearance and consents to appear via video link.

IT IS SO ORDERED.

DATED: March 15, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE