RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Emerald Ruth Wilson-Bey

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EMERALD RUTH WILSON-BEY,<br><br>    Defendant. | Case No. 2:21-cr-00306-GMN-NJK<br><br>**STIPULATION TO CONTINUE MOTION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Emerald Ruth Wilson-Bey, that the Motion Hearing currently scheduled on March 23, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than one week (7) days.

This Stipulation is entered into for the following reasons:

1.  Defense counsel has a video visit scheduled for March 23, 2022 with Ms. Wilson-Bey. Counsel requests additional time for this hearing to see if the litigation of the pro se motion for new counsel will still be necessary after meeting with Ms. Wilson-Bey.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the motion hearing.

DATED this 16th day of March, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Jim W. Fang*<br>By_____<br>JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD RUTH WILSON-BEY,<br><br>Defendant. | Case No. 2:21-cr-00306-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 33) |

The parties' stipulation to continue the March 23, 2022 hearing is GRANTED. The hearing is continued to April 6, 2022, at 11:00 a.m., in Courtroom 3C. No later than March 30, 2022, counsel must file notice on the record as to whether Defendant waives her right to personal appearance and consents to appear via video link.

DATED: March 16, 2022.

_____
UNITED STATES MAGISTRATE JUDGE