# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD RUTH WILSON-BEY,<br><br>Defendant. | Case No.: 2:21-cr-00306-GMN-NJK<br><br>**ORDER**<br><br>(Docket Nos. 31, 35) |

On March 11, 2022, Defendant Emerald Ruth Wilson-Bey filed a motion asking the Court to withdraw the Federal Public Defender and appoint new counsel to represent her. Docket No. 31. Defendant now submits that she no longer wants new counsel appointed and would like the Federal Public Defender to remain on her case; therefore, she asks to withdraw her motion to appoint counsel. Docket No. 35.

The Court **GRANTS** Defendant's motion to withdraw. Docket No. 35. Defendant's motion for appointment of counsel, Docket No. 31, is **WITHDRAWN** and the hearing set for April 6, 2022, at 11:00 a.m., is **VACATED**.

IT IS SO ORDERED.

DATED: March 24, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE