# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>EMERALD RUTH WILSON-BEY,<br><br>                    Defendant. | Case No.: 2:21-cr-00306-GMN-NJK<br><br>**Order Setting Hearing**<br><br>(Docket Nos. 40, 42) |

On April 26, 2022, Defendant filed a request for a status conference, Docket No. 40, which the Court **GRANTS**. The Court previously set a status hearing for May 9, 2022. Docket No. 41. The parties now ask the Court to continue that status hearing. The Court **GRANTS** the parties' request. Docket No. 42.

IT IS HEREBY ORDERED that the status hearing currently set for May 8, 2022, at 10:00 a.m., is CONTINUED to May 19, 2022, at 10:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that all counsel must be present in the courtroom.

IT IS FURTHER ORDERED that, no later than May 10, 2022, counsel shall file notice on the record as to whether Defendant waives her right to personal appearance and consents to appear via video link.

IT IS SO ORDERED.

DATED: May 3, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE