# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>EMERALD RUTH WILSON-BEY,<br><br>    Defendant. | Case No. 2:21-cr-00306-GMN-NJK<br><br>ORDER<br><br>(Docket Nos. 51, 52) |

On May 10, 2022, while represented by counsel, Defendant Emerald Ruth Wilson-Bey filed two *pro se* motions. Docket Nos. 51, 52. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filings, Docket Nos. 51 and 52, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: May 18, 2022.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE