# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD RUTH WILSON-BEY,<br><br>Defendant. | Case No.: 2:21-cr-00306-GMN-NJK<br><br>**Order Setting Hearing** |

On May 19, 2022, after a full canvas, the Court allowed Defendant Emerald Ruth Wilson-Bey to represent herself in the instant case. Docket No. 54. On May 23, 2022, the Court appointed stand-by counsel for Defendant. Docket No. 55. Defendant has now filed a motion to rescind her waiver of right to counsel and a motion for appointment of counsel. Docket Nos. 56, 57. The Court SETS a hearing on these motions for June 1, 2022, at 10:00 a.m. in Courtroom 3C. Defendant, stand-by counsel, and counsel for the United States must be present in person for the hearing.

IT IS SO ORDERED.

DATED: May 26, 2022.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE