# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>EMERALD RUTH WILSON-BEY,<br>    Defendant. | Case No.: 2:21-cr-00306-GMN-NJK<br>**ORDER**<br>(Docket No. 64) |

Pending before the Court is Defendant's motion to rescind her request to proceed *pro se* and appoint CJA counsel to represent her. Docket No. 64. The Court has already granted a motion that requested the same relief. Docket No. 60. *See also* Docket No. 61. Accordingly, Defendant's motion, Docket No. 64, is **DENIED** as moot.

IT IS SO ORDERED.

Dated: June 8, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE