# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>EMERALD RUTH WILSON-BEY,<br><br>        Defendant. | Case No. 2:21-cr-00306-GMN-NJK<br><br>ORDER<br><br>(Docket Nos. 63, 65, 66, 67) |

On June 7, 2022, while represented by counsel, Defendant Emerald Ruth Wilson-Bey filed four *pro se* motions. Docket Nos. 63, 65, 66, 67. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filings, Docket Nos. 63, 65, 66, and 67, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: June 8, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE