# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00306-GMN-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 78] |
| EMERALD RUTH WILSON-BEY | |
| Defendant. | |

Pending before the Court is a motion to withdraw as counsel filed by Defendant Emerald Wilson-Bey's appointed attorney, Emily K. Strand. Docket No. 78.

Counsel represents that she has accepted a position with the Clark County Public Defender's Office. *Id.* For good cause shown, the Court **GRANTS** her motion. Docket No. 78. Ms. Strand is withdrawn as Defendant's attorney. The Court **ORDERS** the immediate appointment of new counsel from the CJA panel to represent Defendant. New counsel is directed to contact Ms. Strand immediately upon appointment, so that she can arrange for the transfer of her file.

IT IS SO ORDERED.

DATED: August 10, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE