# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>EMERALD RUTH WILSON-BEY,<br><br>               Defendant. | Case No.: 2:21-cr-00306-GMN-NJK<br><br>**Order Setting Hearing**<br><br>[Docket No. 79] |

    Pending before the Court is Defendant's motion to represent herself. Docket No. 79.

    IT IS HEREBY ORDERED that the Court sets a hearing on this motion for August 31, 2022, at 10:00 a.m., in Courtroom 3C.

    IT IS FURTHER ORDERED that Defendant and all counsel must be present in the courtroom.

    IT IS SO ORDERED.

    DATED: August 10, 2022.

                                            NANCY J. KOPPE<br>                                            UNITED STATES MAGISTRATE JUDGE