# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>v.<br>EMERALD WILSON-BEY,<br>　　　　　Defendant. | Case No. 2:21-cr-00306-GMN-NJK<br>**Order**<br>[Docket No. 89] |

　　　Pending before the Court is Defendant's motion for expedited resolution filed by Defendant herself. Docket No. 89. Given that Plaintiff has counsel, relief must be sought through the filings of her attorney. *See, e.g.*, Local Rule IA 11-6. Accordingly, this motion is STRICKEN.

　　　IT IS SO ORDERED.

　　　DATED: September 8, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE