# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00306-GMN-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 91] |
| EMERALD WILSON-BEY, | |
| Defendant. | |

Pending before the Court is Defendant's request for "fair and ethical court proceedings" filed by Defendant herself. Docket No. 91. Given that Defendant has counsel, relief must be sought through the filings of her attorney. *See, e.g.*, Local Rule IA 11-6. Accordingly, this request is STRICKEN.

IT IS SO ORDERED.

DATED: September 15, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE