# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>EMERALD WILSON-BEY,<br><br>        Defendant. | Case No. 2:21-cr-00306-GMN-NJK<br><br>**Order**<br><br>[Docket No. 94] |

    Pending before the Court is Defendant's request for subpoena filed by Defendant herself. Docket No. 94. Given that Defendant has counsel, relief must be sought through the filings of her attorney. *See, e.g.*, Local Rule IA 11-6. Accordingly, this request is STRICKEN.

    IT IS SO ORDERED.

    DATED: September 22, 2022.

                                                      _____<br>
                                                      NANCY J. KOPPE<br>
                                                      UNITED STATES MAGISTRATE JUDGE