# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00306-GMN-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 95] |
| EMERALD WILSON-BEY, | |
| Defendant. | |

Pending before the Court is Defendant's request for miscellaneous relief filed by Defendant herself. Docket No. 95. Given that Defendant has counsel, relief must be sought through the filings of her attorney. *See, e.g.*, Local Rule IA 11-6.[1] Accordingly, this request is STRICKEN.

IT IS SO ORDERED.

DATED: September 22, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] One aspect of the filing addresses the actions that Defendant wishes her counsel to take in the future. Docket No. 95 at 3-4. Such issues should be addressed between Defendant and her attorney, and should not be addressed in Court filings.