# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>EMERALD WILSON-BEY,<br><br>             Defendant. | Case No. 2:21-cr-00306-GMN-NJK<br><br>**Order**<br><br>[Docket No. 98] |

Pending before the Court is Defendant's motion to terminate her current counsel, Jennifer Waldo.  Docket No. 98.  The Court SETS a hearing on that motion for 10:00 a.m. on October 3, 2022, in Courtroom 3C.  Defendant and Ms. Waldo must be present in person for the hearing.

IT IS SO ORDERED.

DATED: September 28, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE