# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>EMERALD WILSON-BEY,<br><br>          Defendant. | Case No. 2:21-cr-00306-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 98, 103] |

Pending before the Court is an unopposed motion to withdraw Defendant's motion to terminate her current counsel. Docket No. 103. The most recent motion indicates that "Ms. Wilson-Bey represents she would like to continue to be represented by undersigned counsel." *Id*. at 1. Accordingly, the motion to withdraw the earlier motion (Docket No. 103) is GRANTED and the motion to terminate counsel (Docket No. 98) is DENIED as moot. The hearing set for October 3, 2022, is VACATED.

IT IS SO ORDERED.

DATED: September 30, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE