# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>EMERALD WILSON-BEY,<br><br>         Defendant. | Case No. 2:21-cr-00306-GMN-NJK<br><br>**Order**<br><br>[Docket No. 105] |

Pending before the Court is a letter from Defendant. Docket No. 105. In that letter, Defendant indicates that she seeks a new attorney. *See id.* at 2 ("I do not want to use the CJA or FPD attorneys" (emphasis in original)). This letter was sent on September 28, 2022, *see id.* at 1, 3, but Defendant subsequently represented that she did not seek new counsel, Docket No. 103 (filed on September 29, 2022). Accordingly, any request in the letter related to obtaining new counsel is **DENIED** as moot.

With respect to any other relief requested in the letter, it is not properly before the Court. Given that Defendant has counsel, relief must be sought through the filings of her attorney. *See, e.g.*, Local Rule IA 11-6. Accordingly, any such request is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: October 11, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE