# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00306-GMN-NJK |
| Plaintiff, | **Order** |
| v. | [Docket Nos. 107, 108] |
| EMERALD WILSON-BEY, | |
| Defendant. | |

Pending before the Court are Defendant's requests for preservation and for an emergency subpoena. Docket Nos. 107, 108. Given that Defendant has counsel, relief must be sought through the filings of her attorney. *See, e.g.*, Local Rule IA 11-6(a) ("once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney"). Accordingly, these requests are **STRICKEN**.

In addition, defense counsel (Jennifer Waldo) must provide a copy of this order to Defendant and must discuss Local Rule IA 11-6(a) with Defendant.

IT IS SO ORDERED.

DATED: October 14, 2022.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE