**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00306-GMN-NJK |
| Plaintiff, | **Order** |
| v. | [Docket Nos. 115] |
| EMERALD WILSON-BEY, | |
| Defendant. | |

Pending before the Court is a letter from Defendant.  Docket No. 115.  Given that Defendant has counsel, relief must be sought through the filings of her attorney.  *See, e.g.*, Local Rule IA 11-6(a) ("once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney").  Accordingly, this letter is **STRICKEN**.

The Court again **ORDERS** defense counsel (Jennifer Waldo) to provide a copy of this order to Defendant and to discuss Local Rule IA 11-6(a) with Defendant.

IT IS SO ORDERED.

DATED: November 21, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE