WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Emerald Wilson-Bey*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMERALD RUTH WILSON-BEY,<br><br>Defendant. | CASE NO: 2:21-cr-00306-GMN-NJK<br><br>**STIPULATION AND ORDER TO ADVANCE CHANGE OF PLEA HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson United States Attorney, through Jim. W. Fang, Assistant United States Attorney, counsel for the United States of America, and Jennifer M. Waldo counsel for Emerald Ruth Wilson-Bey that the Change of Plea hearing, currently scheduled for Tuesday, December 6 be vacated and advanced to Tuesday, November 29, 2022 at 9:00 a.m.

/ / / /

/ / / /

/ / / /

STIPULATION AND ORDER TO ADVANCE CHANGE OF PLEA HEARING - 1

The Stipulation is entered into for the following reasons:

1. That the parties resolved this matter through pretrial plea negotiations and have submitted a fully-executed plea agreement to the Court for its consideration;

2. On November 2, 2022, an expedited change of plea hearing was set for December 6, 2022 at 11:00 a.m.;

3. That after the above date was set, counsel for Ms. Wilson-Bey was scheduled for surgery on December 6, 2022;

4. That Ms. Wilson-Bey has requested an expedited change of plea hearing and her counsel does not want to delay said hearing until she recovers from surgery, which would be approximately four to six weeks; and

5. That counsel for Ms. Wilson-Bey has spoken to government counsel and the government has no objection to advancing the change of plea hearing.

DATED this 17th day of November, 2022.


JASON M. FRIERSON
United States Attorney                          Waldo Law, LLC.

By: */s/ Jim. W. Fang*                          By: */s/ Jennifer M. Waldo*
Counsel for USA                                 Counsel for Emerald Ruth Wilson-Bey

STIPULATION AND ORDER TO ADVANCE CHANGE OF PLEA HEARING - 2

WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Emerald Wilson-Bey*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EMERALD RUTH WILSON-BEY,<br><br>    Defendant. | CASE NO: 2:21-cr-00306-GMN-NJK<br><br>**STIPULATION AND ORDER TO ADVANCE CHANGE OF PLEA HEARING** |

## FINDINGS OF FACT

1. That the parties resolved this matter through pretrial plea negotiations and have submitted a fully-executed plea agreement to the Court for its consideration;

2. On November 2, 2022, an expedited change of plea hearing was set for December 6, 2022 at 11:00 a.m.;

3. That after the above date was set, counsel for Ms. Wilson-Bey was scheduled for surgery on December 6, 2022;

4. That Ms. Wilson-Bey has requested an expedited change of plea hearing and her counsel does not want to delay said hearing until she recovers from surgery, which would be approximately four to six weeks; and

STIPULATION AND ORDER TO ADVANCE CHANGE OF PLEA HEARING - 3

5. That counsel for Ms. Wilson-Bey has spoken to government counsel and the government has no objection to advancing the change of plea hearing.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a proceeding with the sentencing hearing as currently scheduled.

### ORDER

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for December 6 at 11:00 a.m., be vacated and continued to the 29th day of November, 2022, at the hour of 9:00 a.m.

DATED AND DONE this 18 day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO ADVANCE CHANGE OF PLEA HEARING - 4