WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Emerald Wilson-Bey*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-cr-00306-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| EMERALD RUTH WILSON-BEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson United States Attorney, through Jim. W. Fang, Assistant United States Attorney, counsel for the United States of America, and Jennifer M. Waldo counsel for Emerald Ruth Wilson-Bey that the Change of Plea hearing, currently scheduled for Tuesday, November 29, 2022 be vacated and continued to a date and time convenient to this court, but no sooner than forty-five (45) days from the current setting.

/ / / /

/ / / /

STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING - 1

The Stipulation is entered into for the following reasons:

1.      That the parties resolved this matter through pretrial plea negotiations and have submitted a fully-executed plea agreement to the Court for its consideration;

2.      On November 2, 2022, an expedited change of plea hearing was set for December 6, 2022 at 11:00 a.m.;

3.      That after the above date was set, counsel for Ms. Wilson-Bey was scheduled for surgery on December 6, 2022;

4.      That based upon the stipulation of parties (ECF No.: 117), the change of plea Hearing was moved up to November 29, 2022;

5.      That counsel now needs additional time to speak with Ms. Wilson-Bey regarding questions and/or concerns she has related to the plea agreement to ensure Ms. Wilson-Bey fully understands the plea agreement and the consequences of same;

6.      That counsel for Ms. Wilson-Bey has spoken to government counsel and the government has no objection to continuing the change of plea hearing; and

7.      This is the first request to continue the change of plea hearing.

DATED this 28th day of November, 2022.

JASON M. FRIERSON                              WALDO LAW, LLC.
United States Attorney

*/s/ Jim W. Fang*                                      */s/ Jennifer M. Waldo*
_____                        _____
Counsel for USA                                     Counsel for Emerald Wilson-Bey

STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING - 2

WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Emerald Wilson-Bey*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-cr-00306-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| EMERALD RUTH WILSON-BEY, | |
| Defendant. | |

## **FINDINGS OF FACT**

1.      That the parties resolved this matter through pretrial plea negotiations and have submitted a fully-executed plea agreement to the Court for its consideration;

2.      On November 2, 2022, an expedited change of plea hearing was set for December 6, 2022 at 11:00 a.m.;

3.      That after the above date was set, counsel for Ms. Wilson-Bey was scheduled for surgery on December 6, 2022;

4.      That based upon the stipulation of parties (ECF No.: 117), the change of plea Hearing was moved up to November 29, 2022;

STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING - 3

5.      That counsel now needs additional time to speak with Ms. Wilson-Bey regarding questions and/or concerns she has related to the plea agreement to ensure Ms. Wilson-Bey fully understands the plea agreement and the consequences of same;

6.      That counsel for Ms. Wilson-Bey has spoken to government counsel and the government has no objection to continuing the change of plea hearing; and

7.      This is the first request to continue the change of plea hearing.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a proceeding with the change of plea hearing as currently scheduled.

## **ORDER**

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for November 29, 2022 at 9:00 a.m., be vacated and continued to the _17th_ day of _January_, 2023, at the hour of _11:00 a.m_.

DATED AND DONE this _28_ day of _November_, 2022.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING - 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING - 5