# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>EMERALD WILSON-BEY,<br><br>                Defendant. | Case No. 2:21-cr-00306-GMN-NJK<br><br>**Order**<br>[Docket Nos. 120, 122, 123, 124] |

Pending before the Court is Defendant's motion to change counsel. Docket No. 120. The Court set a hearing on that motion. Docket No. 121. Also pending before the Court is Defendant's revised motion to change counsel. Docket No. 122. Also pending before the Court are Defendant's motions to proceed, which the Court construes as requests to withdraw the motions to change counsel. Docket Nos. 123, 124. The most recent motions represent that Defendant wishes to keep her current counsel. *E.g.*, Docket No. 124 at 1. In light of the representations made in the most recent motions, the Court **ORDERS** that the motion to change counsel (Docket No. 120) is **DENIED** as moot and the hearing set on that motion is **VACATED**, the revised motion to change counsel (Docket No. 122) is **DENIED** as moot, and the motions to proceed (Docket Nos. 123, 124) are **GRANTED** to the extent they seek to withdraw the motions to change counsel.[1]

    IT IS SO ORDERED.

    DATED: December 14, 2022

                                              NANCY J. KOPPE
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Any other relief sought within these motions is **DENIED** without prejudice. *See* Local Rule IA 11-6(a) (represented parties must seek relief through filings made by their attorneys).