WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Emerald Wilson-Bey*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>EMERALD RUTH WILSON-BEY,<br><br>  Defendant. | CASE NO: 2:21-cr-00306-GMN-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson United States Attorney, through Jim. W. Fang, Assistant United States Attorney, counsel for the United States of America, and Jennifer M. Waldo counsel for Emerald Ruth Wilson-Bey that the Change of Plea hearing, currently scheduled for Tuesday, January 17, 2023 be vacated and advanced to Tuesday, January 3, 2023 at 2:00 p.m.

/ / / /

/ / / /

/ / / /

STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING - 1

The Stipulation is entered into for the following reasons:

1. That the parties resolved this matter through pretrial plea negotiations and have submitted a fully-executed plea agreement to the Court for its consideration;

2. On November 2, 2022, an expedited change of plea hearing was set for December 6, 2022 at 11:00 a.m.;

3. That based upon the stipulation of parties (ECF No.: 117), the change of plea hearing was moved up to November 29, 2022;

4. That on November 28, 2022, the parties filed another stipulation (ECF No.: 118) to continue the change of plea hearing to allow defense counsel additional time to speak with Ms. Wilson-Bey regarding the negotiations;

5. That Ms. Wilson-Bey and her counsel have since spoken regarding the plea negotiations and she is ready to move forward with the current deal;

6. That counsel for Ms. Wilson-Bey has spoken to government counsel and the government has no objection to advancing the change of plea hearing; and

7. This is the second request to advance the change of plea hearing.

DATED this 20th day of December, 2022.

JASON M. FRIERSON  
United States Attorney

*/s/ Jim W. Fang*  
_____  
Counsel for USA

WALDO LAW, LLC.

*/s/ Jennifer M. Waldo*  
_____  
Counsel for Emerald Wilson-Bey

STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING - 2

WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Emerald Wilson-Bey*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>EMERALD RUTH WILSON-BEY,<br><br>    Defendant. | CASE NO: 2:21-cr-00306-GMN-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

## FINDINGS OF FACT

1. That the parties resolved this matter through pretrial plea negotiations and have submitted a fully-executed plea agreement to the Court for its consideration;

2. On November 2, 2022, an expedited change of plea hearing was set for December 6, 2022 at 11:00 a.m.;

3. That based upon the stipulation of parties (ECF No.: 117), the change of plea hearing was moved up to November 29, 2022;

4. That on November 28, 2022, the parties filed another stipulation (ECF No.: 118) to continue the change of plea hearing to allow defense counsel additional time to speak with Ms. Wilson-Bey regarding the negotiations;

STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING - 3

5. That Ms. Wilson-Bey and her counsel have since spoken regarding the plea negotiations and she is ready to move forward with the current deal;

6. That counsel for Ms. Wilson-Bey has spoken to government counsel and the government has no objection to advancing the change of plea hearing; and

7. This is the second request to advance the change of plea hearing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a proceeding with the change of plea hearing as currently scheduled.

## ORDER

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for January 17, 2023 at 11:00 a.m., be vacated and advanced to the  3rd  day of  January , 2023, at the hour of  2:00 pm .

DATED AND DONE this  20  day of  December , 2022.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING - 4