# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00306-GMN-NJK |
| Plaintiff, | **Order** |
| v. | [Docket Nos. 126, 128, 131] |
| EMERALD WILSON-BEY, | |
| Defendant. | |

Pending before the Court is Defendant's motion for new counsel. Docket No. 126. Also pending before the Court is Defendant's motion to withdraw the motion for new counsel. Docket No. 128. Also pending before the Court is Defendant's motion for temporary *pro se* status. Docket No. 131. The Court hereby **SETS** these motions for a hearing at 1:00 p.m. on December 28, 2022, in Courtroom 3C.

IT IS SO ORDERED.

DATED: December 27, 2022

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE