# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00306-GMN-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 151] |
| EMERALD WILSON-BEY, | |
| Defendant. | |

Pending before the Court is a motion to show cause filed by Defendant. Docket No. 151. "[O]nce an attorney makes an appearance on behalf of a party, <u>that party may not personally file a document with the court</u>; all filings must thereafter be made by the attorney." Local Rule IA 11-6(a) (emphasis added). Accordingly, this motion is **STRICKEN**.

IT IS SO ORDERED.

DATED: February 7, 2023

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE