**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EMERALD RUTH WILSON-BEY,

Defendant.

Case No.: 2:21-cr-00306-GMN-NJK

**ORDER**

Defendant Emerald Wilson-Bey was sentenced by this Court on February 28, 2023. (*See* Minutes, ECF No. 167). On December 6, 2023, the Court granted Defendant Wilson-Bey's request to transfer her Supervised Release supervision to the District of Columbia, where she intended to stay. (*See* Order Granting Pet. Transfer Jurisdiction, ECF No. 192). On August 17, 2026, Defendant Wilson-Bey emailed the Cout requesting a waiver of her Special Assessment Fee ("SAF") of $100. (*See* Letter from Wilson-Bey, ECF No. 193). However, the SAF is mandatory, required by a congressional statute, 18 U.S.C. § 3013. Therefore, this Court does not have the authority to waive the SAF.

Accordingly, Defendant Wilson-Bey's request must be and is **DENIED**.

**DATED** this 19 day of August, 2026.

Gloria M. Navarro, District Judge
United States District Court